# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160442(81)

ZACHARY HAWKINS,
          Plaintiff-Appellant,

v

NORFOLK SOUTHERN RAILWAY
COMPANY,
          Defendant-Appellee.
_____/

SC: 160442
COA: 340338
Wayne CC: 15-014421-CZ

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Nelson G. Wolff to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2019



Clerk